DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LOREY ESPINOSA; JUAN PABLO ESPINOSA; and
JUNE CARLAND,

Appellants,

v.

ALICE B. BUZARD; THOMAS D. BUZARD; ANTHONY
NEUGER; and TISA NEUGER,

Appellees.

No. 2D2025-0059

_____

October 1, 2025

Appeal from the Circuit Court for Pasco County; Alicia Polk, Judge.

George Harder of Harder Law, Lutz, for Appellants.

Dineen Pashoukos Wasylik of DPW Legal, Tampa, for Appellees Alice B. Buzard and Thomas D. Buzard.

No appearance for remaining Appellees.


PER CURIAM.

      Affirmed.

LUCAS, C.J., and BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.